# IN THE SUPREME COURT
## STATE OF NORTH DAKOTA

### 2024 ND 116

Nancy Lee Idso,

Plaintiff and Appellee

v.

Dale John Idso, Jr.,

Defendant and Appellant

### No. 20230387

Appeal from the District Court of Cass County, East Central Judicial District, the Honorable John C. Irby, Judge.

AFFIRMED.

Per Curiam.

Kimberlie M. Larson, West Fargo, ND, for plaintiff and appellee; submitted on brief.

Dale J. Idso, Jr., self-represented, Mapleton, ND, defendant and appellant; submitted on brief.

## Idso v. Idso
## No. 20230387

**Per Curiam.**

[¶1]    Dale Idso appeals from an order finding him in contempt of court. Nancy Idso argues this appeal is frivolous and requests attorney's fees and double costs.

[¶2]    On appeal, Dale Idso argues that the marriage between himself and Nancy Idso was invalid and that the district court erred in its property distribution. Dale Idso's brief does not meet the minimum requirements in N.D.R.App.P. 28, nor did he present any argument regarding how the court abused its discretion in making a contempt determination. Under N.D.R.App.P. 35.1(a)(8), this Court may summarily affirm a judgment if the appellant's brief fails to comply with N.D.R.App.P. 28.

[¶3]    After a review of the record, we are satisfied there is evidence to support the court's property distribution, we are not left with a definite and firm conviction a mistake has been made, and we conclude the findings and distributions were not clearly erroneous.

[¶4]    We summarily affirm under N.D.R.App.P. 35.1(a)(2) and (8).

[¶5]    Nancy Idso requests attorney's fees and double costs for defending this frivolous appeal. Under N.D.R.App.P. 38, the Court "may award just damages and single or double costs, including reasonable attorney's fees," if it determines an appeal is frivolous. The two issues Dale Idso raised on appeal were not raised in the district court on Nancy Idso's motion for contempt of court. Having concluded this appeal is frivolous, we award Nancy Idso double costs and attorney's fees in the amount of $1,625.00.

[¶6]    Jon J. Jensen, C.J.
        Daniel J. Crothers
        Lisa Fair McEvers
        Jerod E. Tufte
        Douglas A. Bahr

1